

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00435-CV

**AUGLLE, L.L.C.**, Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  November 10, 2015

DISMISSED

Appellants filed a motion to dismiss this appeal with each party bearing its own costs and

for expedited issuance of the mandate. Appellants' counsel has certified that he has conferred with

opposing counsel who agrees to the motion. Accordingly, we grant the motion. *See* TEX. R. APP.

P. 42.1(a)(1). All costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP.

P. 42.1(d). We order the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P.

18.1(c).

PER CURIAM